# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 3:99CR00165-002 |
| Derek Allison | ) USM No: 15136-058 |
| Date of Original Judgment: 12/07/2001 | ) |
| Date of Last Amended Judgment: 09/10/2009 | ) Thomas Cochran |
| | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __292 months__  **is reduced to**  __240 months__

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Original Offense Level:     40                          Amended Offense Level:     36
Criminal History Category:  III                         Criminal History Category:  III
Original Guideline Range:   360 months to life          Amended Guideline Range:    240 to 293 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
■ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated __12/07/2001__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  June 12, 2014

Frank D. Whitney
United States District Judge

Effective Date: _____
(if different from order date)